United States Bankruptcy Court
Central District of California

Forrest Fykes, SR,
    Plaintiff

Adv. Proc. No. 16-01008-NB

Armen Janian,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 1    Date Rcvd: Nov 19, 2019
                 Form ID: pdf031    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.
aty            +Michael D Anderson,    140 S Lake Ave,    Ste 372,    Pasadena, CA 91101-4789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft            Armen Janian
pla            Forrest Fykes JR
pla            Forrest Fykes, SR
pla            Melissa Fykes
pla            Valerie Fykes
                                                                                                             TOTALS: 5, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2019 at the address(es) listed below:
        David M Goodrich (TR)    dgoodrich@wgllp.com,
         c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@wgllp.com
        James R Selth    on behalf of Plaintiff    Forrest Fykes JR jim@wsrlaw.net,
         jselth@yahoo.com;brian@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com
        James R Selth    on behalf of Plaintiff    Melissa Fykes jim@wsrlaw.net,
         jselth@yahoo.com;brian@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com
        James R Selth    on behalf of Defendant    Armen Janian jim@wsrlaw.net,
         jselth@yahoo.com;brian@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com
        James R Selth    on behalf of Plaintiff    Valerie Fykes jim@wsrlaw.net,
         jselth@yahoo.com;brian@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com
        James R Selth    on behalf of Plaintiff    Forrest Fykes, SR jim@wsrlaw.net,
         jselth@yahoo.com;brian@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com
        Leon   Nazaretian    on behalf of Plaintiff    Forrest Fykes, SR leonlawoffice@sbcglobal.net
        Michael D Anderson    on behalf of Defendant    Armen Janian mda@a-a-law.com
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                            TOTAL: 9

|   |   |
|---|---|
| 1 | **MICHAEL D. ANDERSON, ESQ., SBN 194493** |
| 2 | **ANDREI V. SERPIK, ESQ., SBN 301260** |
|   | **ANDERSON & ASSOCIATES** |
| 3 | 140 S. Lake Avenue, Suite 372 |
|   | Pasadena, CA 91101-4942 |
| 4 | (626) 449-8131 |
|   | (626) 449-8041 Fax |
| 5 | Email: aserpik@a-a-law.com |
| 6 | Attorneys for Plaintiffs/Creditors |
|   | FORREST FYKES, SR., VALERIE FYKES, |
| 7 | FORREST FYKES, JR., and MELISSA FYKES |

**FILED & ENTERED**

NOV 19 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| In Re: | ) | CASE NO.: 2:15-BK-25089-NB |
|---|---|---|
| ARMEN JANIAN | ) | CHAPTER 7 |
|   | ) | ADVERSARY NO.: 2:16-AP-01008-NB |
| Debtor | ) |   |
|   | ) |   |
| FORREST FYKES, SR.; VALERIE FYKES; | ) | ~~[PROPOSED]~~ **ORDER AND JUDGMENT GRANTING PLAINTIFFS MOTION FOR SUMMARY JUDGMENT** |
| FORREST FYKES, JR.; and MELISSA FYKES, | ) |   |
|   | ) |   |
| Plaintiffs, | ) | Hearing: September 10, 2019 |
| vs. | ) | Time: 2:00pm |
|   | ) | Room 1545 |
| ARMEN JANIAN, | ) |   |
|   | ) |   |
| Defendant | ) |   |

///

///

1

[PROPOSED] ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, FOR SUMMARY ADJUDICATION

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORDS:**

**PLEASE TAKE NOTICE** that on September 10, 2019 at 2:00pm in Courtroom 1545 of the Central District of California of the United States Bankruptcy Court, located at 255 East Temple Street, Los Angeles, CA 90012, the Motion of Plaintiffs FORREST FYKES, SR., VALERIE FYKES, FORREST FYKES, JR., and MELISSA FYKES (collectively "Plaintiffs") for Summary Judgment, or Alternative, Summary Adjudication, against Defendant ARMEN JANIAN on Plaintiffs' Adversary Complaint (adv. dkt. 36) was heard. After hearing oral argument, the Court took the matter under submission, and set a status hearing for November 12, 2019 at 2:00pm in the above courtroom with its decision to be issued on or before the November 12, 2019 hearing.

The Court, having considered all of the relevant and admitted testimony and evidence, the argument of counsel, and all briefing, and as memorialized on the record on September 10, 2019 and November 12, 2019, and further memorialized within the Memorandum Decision Granting In Part Plaintiff's Motion for Summary Judgment issued on November 12, 2019 (adv. dkt. 47, which is made a part hereof), hereby rules and adjudges upon the causes of action in Plaintiff's Adversarial Complaint and enters judgment as follows:

**IT IS HEREBY ORDERED:**

1. Summary Judgment as to Plaintiffs Second and Third exception to discharge claims brought under 11 U.S.C §§ 523(a)(2)(A) and (a)(6) is GRANTED. The findings of fact and conclusions of law set forth in the record of California State Court case *Fykes v. Janian et al*. Case No. BC508343 (the "State Court Action") are preclusive as to both of Plaintiffs' claims, those findings and conclusions satisfying all of the elements required for an exception to discharge to be granted under both 11 U.S.C §§ 523(a)(2)(A) and (a)(6).

    2.    Summary Judgment as to Plaintiffs' First Claim for Relief for Non-dischargeability against Debtor Armen Janian pursuant to 11 U.S.C. §523(a)(4) is DENIED.

In light of the foregoing, and for reasons set forth in greater detail in the Court's Memorandum Decision Granting In Part Plaintiff's Motion for Summary Judgment, the Court enters the following Order and Judgment:

    1.    Defendant Armen Janian's $1,025,000 debt to Plaintiffs Forrest Fykes, Sr., Valerie Fykes, Forrest Fykes, Jr., and Melissa Fykes, premised on the Judgment entered in Plaintiffs' favor, and against the Defendant, on the Eighth Cause of Action in the State Court Action, is non-dischargeable under both 11 U.S.C. §§ 523(a)(2)(A) and (a)(6).

    2.    All pre-judgment and post-judgment interest awarded by the trial court in the State Court Action, including any interest on the Judgment awarded after entry of this Order and Judgment, is non-dischargeable, it accruing on a debt incurred as a result of Defendant's conduct that meets all of the elements for exception to discharge under 11 U.S.C. §§ 523(a)(2)(A) and (a)(6).

**IT IS SO ORDERED**

###

Date: November 19, 2019

_Neil W. Bason_
Neil W. Bason
United States Bankruptcy Judge